AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit "A"

Complete list of Plaintiffs:

AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., SF FILMS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, and YAR PRODUCTIONS, INC.

Works:

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (previously 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 2 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 3 | Millennium Funding, Inc. (previously Fallen Production, Inc.) | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 4 | Millennium Funding, Inc. (previously Automata Productions, Inc.) | *Automata* | PA0001923090, PAu003712705 |
| 5 | Voltage Holdings, LLC (previously Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 6 | Millennium Media, Inc. (previously Before I go Productions, Inc.) | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 7 | Millennium Funding, Inc. (previously UN4 Productions, Inc.) | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 8 | Millennium Funding, Inc. (previously Criminal Productions, Inc.) | *Criminal* | PA0001984029, PAu003772954 |
| 9 | Millennium Funding, Inc. (previously Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |

| 10 | YAR Productions, Inc. | *Distorted* | PAu003917156, PAu003877425 |
|---|---|---|---|
| 11 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 12 | Voltage Holdings, LLC (previously Wicked Nevada, LLC) | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 13 | Millennium Funding, Inc. (previously HB Productions, Inc.) | *Hellboy* | PA0002176664 |
| 14 | Millennium IP, Inc. (previously Homefront Productions, Inc.) | *Homefront* | PA0001877609 |
| 15 | Millennium Funding, Inc. (previously Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 16 | Voltage Holdings, LLC (previously TBV Productions, LLC) | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 17 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 18 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 19 | Millennium Funding, Inc. (previously ME2 Productions, Inc.) | *Mechanic: Resurrection* | PA0001998057 |
| 20 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 21 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 22 | Millennium Funding, Inc. (previously September Productions, Inc.) | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 23 | MON, LLC | *Singularity* | PAu003848900 |
| 24 | Voltage Holdings, LLC (previously Status Update, LLC) | *Status Update* | PAu003867210, PAu003850446 |
| 25 | SF Films, LLC | *SKIN* | PA0002173645 |
| 26 | Millennium Funding, Inc. (previously Survivor Productions, Inc.) | *Survivor* | PA0001956191, PAu003749574 |

| 27 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
|---|---|---|---|
| 28 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 29 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 30 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu004084868, PAu004005787 |
| 31 | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |
| 32 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 33 | Voltage Holdings, LLC (previously Definition Delaware LLC) | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 34 | MON, LLC | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |