# EXHIBIT B

# ARIN Whois/RDAP



» Search www.arin.net instead

▼ Search Filter: **Entity**

all requests subject to terms of use

**Set query type:**

- ○ Automatic (auto-detect query type)
- ● Entity (e.g. Handle or ID for a Contact, Organization, or POC)
- ○ Search Entities by Full Name (use * for wildcards)
- ○ Domain (in-addr.arpa or ip6.arpa)
- ○ IP Address or CIDR range
- ○ ASN (Autonomous System Number or Autnum)
- ○ Origin AS

"RTSL-6"

## Entity: RTSL-6

**Source Registry**
ARIN

**Kind**
Org

**Full Name**
RCN

**Handle**
RTSL-6

**Address**
650 College Road East
Princeton
NJ
08540
United States

**Registration**
Tue, 09 Jul 2013 17:37:15 GMT (Tue Jul 09 2013 local time)

**Last Changed**
Sat, 28 Jan 2017 13:32:29 GMT (Sat Jan 28 2017 local time)

**Comments**
For all abuse issues, please contact abuse@rcn.com

**Self**
https://rdap.arin.net/registry/entity/RTSL-6

**Alternate**
https://whois.arin.net/rest/org/RTSL-6

**Port 43 Whois**
whois.arin.net

**Related Entities**

▼ 3 Entities

**Source Registry**
ARIN

**Kind**
Individual

**Full Name**
Peter Jacoby

**Handle**
PJ301-ARIN

Exhibit "B"

**Email**
peter.jacoby@rcn.net

**Telephone**
+1-781-316-8815

**Address**
956 Massachusetts Ave.
Arlington
MA
02476
United States

**Roles**
Administrative

**Registration**
Thu, 08 Aug 2002 22:43:24 GMT (Thu Aug 08 2002 local time)

**Last Changed**
Wed, 30 Jun 2021 16:36:11 GMT (Wed Jun 30 2021 local time)

**Comments**
For assistance call the RCN NOCC - 888-972-6622

**Self**
https://rdap.arin.net/registry/entity/PJ301-ARIN

**Alternate**
https://whois.arin.net/rest/poc/PJ301-ARIN

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
RCN Abuse Department

**Handle**
RAD75-ARIN

**Email**
abuse@rcn.com

**Telephone**
+1-888-972-6622

**Organization**
RCN Abuse Department

**Address**
650 College Rd. East
Princeton
NJ
08540
United States

**Roles**
Abuse

**Registration**
Mon, 09 Dec 2002 19:45:24 GMT (Mon Dec 09 2002 local time)

**Last Changed**
Thu, 25 Mar 2021 12:07:59 GMT (Thu Mar 25 2021 local time)

**Comments**
Please direct all communications regarding abuse to
abuse@rcn.com

**Self**
https://rdap.arin.net/registry/entity/RAD75-ARIN

**Alternate**
https://whois.arin.net/rest/poc/RAD75-ARIN

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Kind**
Group

**Full Name**
RCN Corporation

**Handle**
ZR40-ARIN

**Email**
noc@rcn.com

**Telephone**
+1-888-972-6622

**Organization**
RCN Corporation

**Address**
650 College Rd. East
Princeton
NJ
08540
United States

**Roles**
Technical, Noc

**Registration**
Wed, 04 Apr 2001 20:06:32 GMT (Wed Apr 04 2001 local time)

**Last Changed**
Tue, 23 Mar 2021 11:58:59 GMT (Tue Mar 23 2021 local time)

**Comments**
For all abuse issues, please contact abuse@rcn.com

**Self**
https://rdap.arin.net/registry/entity/ZR40-ARIN

**Alternate**
https://whois.arin.net/rest/poc/ZR40-ARIN

**Port 43 Whois**
whois.arin.net

**Related Networks**
▼ 33 Networks

**Source Registry**
ARIN

**Net Range**
2610:80:: - 2610:87:ffff:ffff:ffff:ffff:ffff:ffff

**CIDR**
2610:80::/29

**Name**
RCN-BLK-V6-01

**Handle**
NET6-2610-80-1

**Parent**
NET6-2610-1

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 02 Jun 2006 17:56:11 GMT (Fri Jun 02 2006 local time)

**Last Changed**
Wed, 02 Oct 2013 15:02:24 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/2610:80::

**Alternate**
https://whois.arin.net/rest/net/NET6-2610-80-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
130.44.64.0 - 130.44.191.255

**CIDR**
130.44.64.0/18

130.44.128.0/18

**Name**
RCN-BLK-30

**Handle**
NET-130-44-64-0-1

**Parent**
NET-130-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 12 Mar 2019 15:22:01 GMT (Tue Mar 12 2019 local time)

**Last Changed**
Tue, 12 Mar 2019 15:22:09 GMT (Tue Mar 12 2019 local time)

**Self**
https://rdap.arin.net/registry/ip/130.44.64.0

**Alternate**
https://whois.arin.net/rest/net/NET-130-44-64-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
131.106.0.0 - 131.106.255.255

**CIDR**
131.106.0.0/16

**Name**
RCN-BLK-29

**Handle**
NET-131-106-0-0-1

**Parent**
NET-131-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
AS6079

**Registration**
Tue, 15 May 2018 14:29:39 GMT (Tue May 15 2018 local time)

**Last Changed**
Tue, 15 May 2018 18:49:06 GMT (Tue May 15 2018 local time)

**Comments**
For all abuse issues, please contact abuse@rcn.com

**Self**
https://rdap.arin.net/registry/ip/131.106.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-131-106-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
146.115.0.0 - 146.115.255.255

**CIDR**
146.115.0.0/16

**Name**
RCN-BLK-7

**Handle**
NET-146-115-0-0-1

**Parent**
NET-146-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 05 Feb 1991 05:00:00 GMT (Mon Feb 04 1991 local time)

**Last Changed**
Wed, 02 Oct 2013 15:02:52 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/146.115.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-146-115-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
149.75.0.0 - 149.75.255.255

**CIDR**
149.75.0.0/16

**Name**
RCN-BLK-32

**Handle**
NET-149-75-0-0-1

**Parent**
NET-149-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 21 Feb 2020 12:50:59 GMT (Fri Feb 21 2020 local time)

**Last Changed**
Fri, 21 Feb 2020 12:50:59 GMT (Fri Feb 21 2020 local time)

**Self**
https://rdap.arin.net/registry/ip/149.75.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-149-75-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
168.91.128.0 - 168.91.255.255

**CIDR**
168.91.128.0/17

**Name**
RCN-BLK-31

**Handle**
NET-168-91-128-0-1

**Parent**
NET-168-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 19 Apr 2019 12:42:27 GMT (Fri Apr 19 2019 local time)

**Last Changed**
Fri, 19 Apr 2019 12:42:27 GMT (Fri Apr 19 2019 local time)

**Self**
https://rdap.arin.net/registry/ip/168.91.128.0

**Alternate**
https://whois.arin.net/rest/net/NET-168-91-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
198.183.8.0 - 198.183.15.255

**CIDR**
198.183.8.0/21

**Name**
RCN-BLK-26

**Handle**
NET-198-183-8-0-1

**Parent**
NET-198-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 28 May 1993 04:00:00 GMT (Thu May 27 1993 local time)

**Last Changed**
Wed, 02 Oct 2013 15:03:16 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/198.183.8.0

**Alternate**
https://whois.arin.net/rest/net/NET-198-183-8-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
199.184.165.0 - 199.184.165.255

**CIDR**
199.184.165.0/24

**Name**
RCN-BLK-14

**Handle**
NET-199-184-165-0-1

**Parent**
NET-199-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Sun, 17 Apr 1994 04:00:00 GMT (Sat Apr 16 1994 local time)

**Last Changed**
Wed, 02 Oct 2013 15:03:40 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/199.184.165.0

**Alternate**
https://whois.arin.net/rest/net/NET-199-184-165-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
204.74.0.0 - 204.74.9.255

**CIDR**
204.74.0.0/21
204.74.8.0/23

**Name**
RCN-BLK-15

**Handle**
NET-204-74-0-0-1

**Parent**
NET-204-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Thu, 23 Jun 1994 04:00:00 GMT (Wed Jun 22 1994 local time)

**Last Changed**
Fri, 13 Jan 2017 16:26:58 GMT (Fri Jan 13 2017 local time)

**Self**
https://rdap.arin.net/registry/ip/204.74.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-204-74-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
205.178.0.0 - 205.178.127.255

**CIDR**
205.178.0.0/17

**Name**
RCN-BLK-18

**Handle**
NET-205-178-0-0-1

**Parent**
NET-205-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 20 Mar 1995 05:00:00 GMT (Sun Mar 19 1995 local time)

**Last Changed**
Wed, 02 Oct 2013 15:04:33 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/205.178.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-205-178-0-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
206.71.224.0 - 206.71.255.255

**CIDR**
206.71.224.0/19

**Name**
RCN-BLK-11

**Handle**
NET-206-71-224-0-1

**Parent**
NET-206-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 01 Aug 1995 04:00:00 GMT (Mon Jul 31 1995 local time)

**Last Changed**
Wed, 02 Oct 2013 15:05:42 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/206.71.224.0

**Alternate**
https://whois.arin.net/rest/net/NET-206-71-224-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.172.0.0 - 207.172.255.255

**CIDR**
207.172.0.0/16

**Name**
RCN-BLK-2

**Handle**
NET-207-172-0-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 05 Aug 1996 04:00:00 GMT (Sun Aug 04 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:06:06 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.172.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-172-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.180.128.0 - 207.180.191.255

**CIDR**
207.180.128.0/18

**Name**

RCN-BLK-6

**Handle**
NET-207-180-128-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Wed, 21 Aug 1996 04:00:00 GMT (Tue Aug 20 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:06:34 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.180.128.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-180-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.181.192.0 - 207.181.255.255

**CIDR**
207.181.192.0/18

**Name**
RCN-BLK-20

**Handle**
NET-207-181-192-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Thu, 05 Sep 1996 04:00:00 GMT (Wed Sep 04 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:07:01 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.181.192.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-181-192-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.229.128.0 - 207.229.191.255

**CIDR**
207.229.128.0/18

**Name**
RCN-BLK-22

**Handle**
NET-207-229-128-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**

*not provided*

**Registration**
Fri, 01 Nov 1996 05:00:00 GMT (Thu Oct 31 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:08:04 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.229.128.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-229-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.237.0.0 - 207.237.255.255

**CIDR**
207.237.0.0/16

**Name**
RCN-BLK-13

**Handle**
NET-207-237-0-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 28 Oct 1996 05:00:00 GMT (Sun Oct 27 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:08:36 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.237.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-237-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.38.128.0 - 207.38.255.255

**CIDR**
207.38.128.0/17

**Name**
RCN-BLK-12

**Handle**
NET-207-38-128-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Wed, 31 Jan 1996 05:00:00 GMT (Tue Jan 30 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:09:07 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/207.38.128.0

**Alternate**

https://whois.arin.net/rest/net/NET-207-38-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
207.96.0.0 - 207.96.127.255

**CIDR**
207.96.0.0/17

**Name**
RCN-BLK-1

**Handle**
NET-207-96-0-0-1

**Parent**
NET-207-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 01 Apr 1996 05:00:00 GMT (Sun Mar 31 1996 local time)

**Last Changed**
Fri, 13 Jan 2017 16:09:15 GMT (Fri Jan 13 2017 local time)

**Self**
https://rdap.arin.net/registry/ip/207.96.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-207-96-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
208.58.0.0 - 208.59.255.255

**CIDR**
208.58.0.0/15

**Name**
RCN-BLK-5

**Handle**
NET-208-58-0-0-1

**Parent**
NET-208-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Thu, 02 Sep 1999 04:00:00 GMT (Wed Sep 01 1999 local time)

**Last Changed**
Wed, 02 Oct 2013 15:10:40 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/208.58.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-208-58-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
209.122.0.0 - 209.122.255.255

**CIDR**
209.122.0.0/16

**Name**
RCN-BLK-3

**Handle**
NET-209-122-0-0-1

**Parent**
NET-209-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Wed, 06 Aug 1997 04:00:00 GMT (Tue Aug 05 1997 local time)

**Last Changed**
Wed, 02 Oct 2013 15:11:10 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/209.122.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-209-122-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
209.150.32.0 - 209.150.63.255

**CIDR**
209.150.32.0/19

**Name**
RCN-BLK-17

**Handle**
NET-209-150-32-0-1

**Parent**
NET-209-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 11 Nov 1997 05:00:00 GMT (Mon Nov 10 1997 local time)

**Last Changed**
Wed, 02 Oct 2013 15:11:34 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/209.150.32.0

**Alternate**
https://whois.arin.net/rest/net/NET-209-150-32-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
209.6.0.0 - 209.6.255.255

**CIDR**
209.6.0.0/16

**Name**
RCN-BLK-9

**Handle**
NET-209-6-0-0-1

**Parent**
NET-209-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 20 Dec 1996 05:00:00 GMT (Thu Dec 19 1996 local time)

**Last Changed**
Wed, 02 Oct 2013 15:12:08 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/209.6.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-209-6-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
209.94.128.0 - 209.94.159.255

**CIDR**
209.94.128.0/19

**Name**
RCN-BLK-16

**Handle**
NET-209-94-128-0-1

**Parent**
NET-209-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 14 Jul 1997 04:00:00 GMT (Sun Jul 13 1997 local time)

**Last Changed**
Wed, 02 Oct 2013 15:12:39 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/209.94.128.0

**Alternate**
https://whois.arin.net/rest/net/NET-209-94-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
216.15.0.0 - 216.15.127.255

**CIDR**
216.15.0.0/17

**Name**
RCN-BLK-21

**Handle**
NET-216-15-0-0-1

**Parent**
NET-216-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Thu, 02 Jul 1998 04:00:00 GMT (Wed Jul 01 1998 local time)

**Last Changed**
Wed, 02 Oct 2013 15:13:31 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/216.15.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-216-15-0-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
216.164.0.0 - 216.164.255.255

**CIDR**
216.164.0.0/16

**Name**
RCN-BLK-4

**Handle**
NET-216-164-0-0-1

**Parent**
NET-216-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 22 Dec 1998 05:00:00 GMT (Mon Dec 21 1998 local time)

**Last Changed**
Wed, 02 Oct 2013 15:14:31 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/216.164.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-216-164-0-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
216.220.64.0 - 216.220.79.255

**CIDR**
216.220.64.0/20

**Name**
RCN-BLK-10

**Handle**
NET-216-220-64-0-1

**Parent**
NET-216-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 19 Apr 1999 04:00:00 GMT (Sun Apr 18 1999 local time)

**Last Changed**
Wed, 02 Oct 2013 15:14:54 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/216.220.64.0

**Alternate**
https://whois.arin.net/rest/net/NET-216-220-64-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
216.80.0.0 - 216.80.127.255

**CIDR**
216.80.0.0/17

**Name**
RCN-BLK-23

**Handle**
NET-216-80-0-0-1

**Parent**
NET-216-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Wed, 16 Sep 1998 04:00:00 GMT (Tue Sep 15 1998 local time)

**Last Changed**
Wed, 02 Oct 2013 15:15:23 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/216.80.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-216-80-0-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
24.136.0.0 - 24.136.31.255

**CIDR**
24.136.0.0/19

**Name**
RCN-BLK-24

**Handle**
NET-24-136-0-0-1

**Parent**
NET-24-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Tue, 19 Aug 1997 04:00:00 GMT (Mon Aug 18 1997 local time)

**Last Changed**
Wed, 02 Oct 2013 15:15:55 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/24.136.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-24-136-0-0-1

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Net Range**
24.148.0.0 - 24.148.95.255

**CIDR**
24.148.0.0/18

24.148.64.0/19

**Name**
RCN-BLK-25

**Handle**
NET-24-148-0-0-1

**Parent**
NET-24-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Fri, 29 Oct 1999 04:00:00 GMT (Thu Oct 28 1999 local time)

**Last Changed**
Wed, 02 Oct 2013 15:16:20 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/24.148.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-24-148-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
64.121.0.0 - 64.121.255.255

**CIDR**
64.121.0.0/16

**Name**
RCN-BLK-19

**Handle**
NET-64-121-0-0-1

**Parent**
NET-64-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
*not provided*

**Registration**
Mon, 03 Jul 2000 04:00:00 GMT (Sun Jul 02 2000 local time)

**Last Changed**
Wed, 02 Oct 2013 15:16:45 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/64.121.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-64-121-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
65.78.0.0 - 65.78.127.255

**CIDR**
65.78.0.0/17

**Name**
RCN-BLK-27

**Handle**
NET-65-78-0-0-1

**Parent**
NET-65-0-0-0-0

**Net Type**

DIRECT ALLOCATION

**Origin AS**
not provided

**Registration**
Thu, 08 Aug 2002 04:00:00 GMT (Wed Aug 07 2002 local time)

**Last Changed**
Wed, 02 Oct 2013 15:17:25 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/65.78.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-65-78-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
65.79.128.0 - 65.79.159.255

**CIDR**
65.79.128.0/19

**Name**
RCN-BLK-28

**Handle**
NET-65-79-128-0-1

**Parent**
NET-65-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
AS6079

**Registration**
Fri, 24 Oct 2003 22:35:36 GMT (Fri Oct 24 2003 local time)

**Last Changed**
Wed, 02 Oct 2013 15:17:52 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/ip/65.79.128.0

**Alternate**
https://whois.arin.net/rest/net/NET-65-79-128-0-1

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Net Range**
66.44.0.0 - 66.44.127.255

**CIDR**
66.44.0.0/17

**Name**
RCN-BLK-8

**Handle**
NET-66-44-0-0-1

**Parent**
NET-66-0-0-0-0

**Net Type**
DIRECT ALLOCATION

**Origin AS**
not provided

**Registration**
Tue, 14 Nov 2000 05:00:00 GMT (Mon Nov 13 2000 local time)

**Last Changed**
Wed, 02 Oct 2013 15:18:21 GMT (Wed Oct 02 2013 local time)

**Self**

https://rdap.arin.net/registry/ip/66.44.0.0

**Alternate**
https://whois.arin.net/rest/net/NET-66-44-0-0-1

**Port 43 Whois**
whois.arin.net

---

**Related Autnums**

▼  11 ASNs

**Source Registry**
ARIN

**Number**
3674

**Name**
RCN-AS6

**Handle**
AS3674

**Registration**
Mon, 16 Jul 2001 04:00:00 GMT (Sun Jul 15 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:57:25 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/3674

**Alternate**
https://whois.arin.net/rest/asn/AS3674

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Number**
3803

**Name**
RCN-AS1

**Handle**
AS3803

**Registration**
Wed, 30 May 2001 04:00:00 GMT (Tue May 29 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:57:49 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/3803

**Alternate**
https://whois.arin.net/rest/asn/AS3803

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Number**
4527

**Name**
RCN-AS-1

**Handle**
AS4527

**Registration**
Fri, 29 Jun 2001 04:00:00 GMT (Thu Jun 28 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:58:10 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/4527

**Alternate**
https://whois.arin.net/rest/asn/AS4527

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
4530

**Name**
RCN-AS5

**Handle**
AS4530

**Registration**
Wed, 30 May 2001 04:00:00 GMT (Tue May 29 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:58:32 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/4530

**Alternate**
https://whois.arin.net/rest/asn/AS4530

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
5712

**Name**
RCN-AS4

**Handle**
AS5712

**Registration**
Wed, 30 May 2001 04:00:00 GMT (Tue May 29 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:58:53 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/5712

**Alternate**
https://whois.arin.net/rest/asn/AS5712

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
6079

**Name**
RCN-AS

**Handle**
AS6079

**Registration**
Wed, 04 Apr 2001 04:00:00 GMT (Tue Apr 03 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:59:22 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/6079

**Alternate**
https://whois.arin.net/rest/asn/AS6079

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
6249

**Name**
RCN-AS3

**Handle**
AS6249

**Registration**
Wed, 30 May 2001 04:00:00 GMT (Tue May 29 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 14:59:43 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/6249

**Alternate**
https://whois.arin.net/rest/asn/AS6249

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
6555

**Name**
RCN-AS6555

**Handle**
AS6555

**Registration**
Tue, 25 Sep 2001 04:00:00 GMT (Mon Sep 24 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 15:00:02 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/6555

**Alternate**
https://whois.arin.net/rest/asn/AS6555

**Port 43 Whois**
whois.arin.net

---

**Source Registry**
ARIN

**Number**
7848

**Name**
RCN-AS2

**Handle**
AS7848

**Registration**
Fri, 25 May 2001 04:00:00 GMT (Thu May 24 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 15:00:21 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/7848

**Alternate**
https://whois.arin.net/rest/asn/AS7848

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Number**
10368

**Name**
RCN-AS10368

**Handle**
AS10368

**Registration**
Tue, 31 Jul 2001 04:00:00 GMT (Mon Jul 30 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 15:00:44 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/10368

**Alternate**
https://whois.arin.net/rest/asn/AS10368

**Port 43 Whois**
whois.arin.net

**Source Registry**
ARIN

**Number**
10513

**Name**
RCN-AS7

**Handle**
AS10513

**Registration**
Thu, 30 Aug 2001 04:00:00 GMT (Wed Aug 29 2001 local time)

**Last Changed**
Wed, 02 Oct 2013 15:01:04 GMT (Wed Oct 02 2013 local time)

**Self**
https://rdap.arin.net/registry/autnum/10513

**Alternate**
https://whois.arin.net/rest/asn/AS10513

**Port 43 Whois**
whois.arin.net

**Terms of Service**
By using the ARIN RDAP/Whois service, you are agreeing to the RDAP/Whois Terms of Use
https://www.arin.net/resources/registry/whois/tou/

**Whois Inaccuracy Reporting**
If you see inaccuracies in the results, please visit:
https://www.arin.net/resources/registry/whois/inaccuracy_reporting/

**Copyright Notice**
Copyright 1997-2021, American Registry for Internet Numbers, Ltd.