Exhibit "A"

Complete list of Plaintiffs:

AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO
PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC.,
MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC.,
MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V
PRODUCTIONS, INC., SF FILMS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC,
WONDER ONE, LLC, and YAR PRODUCTIONS, INC.

Works:

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (previously 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 2 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 3 | Millennium Funding, Inc. (previously Fallen Production, Inc.) | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 4 | Millennium Funding, Inc. (previously Automata Productions, Inc.) | *Automata* | PA0001923090, PAu003712705 |
| 5 | Voltage Holdings, LLC (previously Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 6 | Millennium Media, Inc. (previously Before I go Productions, Inc.) | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 7 | Millennium Funding, Inc. (previously UN4 Productions, Inc.) | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 8 | Millennium Funding, Inc. (previously Criminal Productions, Inc.) | *Criminal* | PA0001984029, PAu003772954 |
| 9 | Millennium Funding, Inc. (previously Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |

| 10 | YAR Productions, Inc. | *Distorted* | PAu003917156, PAu003877425 |
|---|---|---|---|
| 11 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 12 | Voltage Holdings, LLC (previously Wicked Nevada, LLC) | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 13 | Millennium Funding, Inc. (previously HB Productions, Inc.) | *Hellboy* | PA0002176664 |
| 14 | Millennium IP, Inc. (previously Homefront Productions, Inc.) | *Homefront* | PA0001877609 |
| 15 | Millennium Funding, Inc. (previously Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 16 | Voltage Holdings, LLC (previously TBV Productions, LLC) | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 17 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 18 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 19 | Millennium Funding, Inc. (previously ME2 Productions, Inc.) | *Mechanic: Resurrection* | PA0001998057 |
| 20 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 21 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 22 | Millennium Funding, Inc. (previously September Productions, Inc.) | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 23 | MON, LLC | *Singularity* | PAu003848900 |
| 24 | Voltage Holdings, LLC (previously Status Update, LLC) | *Status Update* | PAu003867210, PAu003850446 |
| 25 | SF Films, LLC | *SKIN* | PA0002173645 |
| 26 | Millennium Funding, Inc. (previously Survivor Productions, Inc.) | *Survivor* | PA0001956191, PAu003749574 |

| 27 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
|---|---|---|---|
| 28 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 29 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 30 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu004084868, PAu004005787 |
| 31 | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |
| 32 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 33 | Voltage Holdings, LLC (previously Definition Delaware LLC) | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 34 | MON, LLC | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |