**MCGEARY CUKOR LLC**
Michael Cukor, Esq.
mcukor@mcgearycukor.com
Vincent McGeary
vmcgeary@mcgearycukor.com
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
Attorneys for Plaintiff

**CULPEPPER IP, LLLC**
Kerry S. Culpepper, Pro Hac Vice forthcoming
kculpepper@culpepperip.com
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:(808) 464-4047
Facsimile: (202) 204-5181
Pro Hac Vice Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AFTER II MOVIE, LLC, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br><br>RCN TELECOM SERVICES, LLC et al.<br><br>　　Defendants. | Case No. 3:21-cv-15310<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiffs SF FILMS, LLC and YAR PRODUCTIONS, INC. hereby provide notice of their voluntary dismissal under Fed. R. Civ. P. 41(A) of Defendants RCN TELECOM SERVICES, LLC and RCN TELECOM SERVICES OF MASSACHUSETTS, LLC ("Defendants").  This dismissal is pursuant to Rule 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed by Defendants.  This action does not dismiss the matter since remaining Plaintiffs still maintain their claims against Defendants.

Dated: October 5, 2021

By: /s/Michael Cukor

**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
mcukor@mcgearycukor.com

So Ordered: Plaintiff SF Films LLC & Yar Productions, Inc. are dismissed.

Freda L. Wolfson, U.S.C.D.J.  10-13-21