UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,<br><br>　　Defendants. | No. 3:21-cv-15310-FLW-TJB |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

　　Please enter my appearance on behalf of Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC.

Dated: October 19, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: *Edward F. Behm, Jr.*
　　　　　　　　　　　　　　　　　　　　Edward F. Behm, Jr.
　　　　　　　　　　　　　　　　　　　　ARMSTRONG TEASDALE LLP
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 017972002
　　　　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　　　　29th Floor, One Commerce Square
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(267) 780-2000
　　　　　　　　　　　　　　　　　　　　(215) 405-9070 (fax)
　　　　　　　　　　　　　　　　　　　　ebehm@atllp.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2021, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: *Edward F. Behm, Jr.*
Edward F. Behm, Jr.