UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | No. 3:21-cv-15310-FLW-TJB <br><br> ORAL ARGUMENT REQUESTED <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on a date and time set by the Court, the undersigned, counsel for Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC, shall, before The Honorable Freda L. Wolfson, Chief United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, NJ, move for dismissal of Plaintiffs' Complaint in the above-captioned action for the reasons set forth in the accompanying Memorandum of Law.

Pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), RCN respectfully requests that the Court hold oral argument on this Motion.

1

Dated:  October 19, 2021          Respectfully submitted,


By: *Edward F. Behm, Jr.*
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
(215) 405-9070 (fax)
ebehm@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Margaret R. Szewczyk*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
mszewczyk@atllp.com
*Pro Hac Vice forthcoming*

Joseph J. Gribbin*
ARMSTRONG TEASDALE LLP
300 Delaware Avenue, Suite 210
Wilmington, Delaware 19801
(302) 824-7089
jgribbin@atllp.com
*Pro Hac Vice forthcoming*

*Attorneys for Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2021, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: *Edward F. Behm, Jr.*
Edward F. Behm, Jr.
