**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| After II Movie LLC, et al. | APPLICATION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS OR FILE AMENDED COMPLAINT L.Civ.R. 7.1(d)(5) |
| Plaintiff(s) | |
| v. | Civil Action No. 3-21-cv-15310 |
| RCN Telecom Services, LLC, et al. | |
| Defendant(s) | |

Application is hereby made for a Clerk's Order extending time within which   Plaintiffs

_____ After II Movie LLC, et al. _____

may  oppose , move, or otherwise reply to the   Motion to Dismiss filed by Defendants ι and it is
represented that:

1. No previous extension has been obtained;
2. The Motion to Dismiss was filed on October 19, 2021   and
3. Time to  Oppose   Move or otherwise Reply expires on  November 1, 2021, and is extended to November 15, 2021.

_____
Attorney for Defendant(s)

7 Dumont Place Morristown NJ 07960
_____
Mailing Address

mcukor@mcgearycukor.com
_____
City, State, Zip Code

ORDER

     The above application is ORDERED GRANTED. Defendant(s) time to answer, move or
otherwise reply is extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
          Deputy Clerk