# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| After II Movie LLC, et al.<br><br>Plaintiff(s)<br><br>v.<br>RCN Telecom Services, LLC, et al.<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS OR FILE AMENDED COMPLAINT<br>L.Civ.R. 7.1(d)(5)<br><br>Civil Action No. 3-21-cv-15310 |

Application is hereby made for a Clerk's Order extending time within which  Plaintiffs After II Movie LLC, et al. may oppose, move, or otherwise reply to the Motion to Dismiss filed by Defendants and it is represented that:

1. No previous extension has been obtained;
2. The Motion to Dismiss was filed on October 19, 2021 and
3. Time to Oppose Move or otherwise Reply expires on November 1, 2021, and is extended to November 15, 2021.

_____
Attorney for Defendant(s)

7 Dumont Place Morristown NJ 07960
Mailing Address

mcukor@mcgearycukor.com
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk