# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | No. 3:21-cv-15310-FLW-TJB <br><br><br> [PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF RICHARD L. BROPHY |

**THIS MATTER** having been brought before the Court by Edward F. Behm, Esquire, attorney for Defendants, RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC (collectively, "RCN Defendants") for an Order allowing Richard L. Brophy, Esquire, to appear and participate *pro hac vice*, and the Court having considered the supporting papers, and for good cause shown pursuant to Fed.R.Civ.P. 78 and L.Civ. R. 101.1, in the United States District Court for the District of New Jersey; **IT IS,** on this 5 day of November, 2021, hereby **ORDERED** that Richard L. Brophy, Esquire, a member of the Bar of the State of Missouri, shall be and hereby is permitted to appear *pro hac vice* for the purpose of representing the RCN Defendants in this matter pursuant to Local Civil Rule 101.1, United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that Edward F. Behm, Esquire, shall continue to represent the RCN Defendants as counsel of record in this matter and shall be responsible for the conduct of the attorney admitted hereby; and

**IT IS FURTHER ORDERED** that Richard L. Brophy, Esquire, shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each year in which such attorney continues to represent the Defendant; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this Order to the Treasurer of the Fund; and

**IT IS FURTHER ORDERED** that Richard L. Brophy, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, New Jersey Rule R. 1:21-7, as amended; and

**IT IS FURTHER ORDERED** that Richard L. Brophy, Esquire, shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, L. Civ. R. 104.1, *Discipline of Attorneys*; and

**IT IS FURTHER ORDERED** that Richard L. Brophy shall remit a payment of $150.00, payable to the Clerk, United States District Court for the District of New Jersey, pursuant to L. Civ. R. 101.1(c)(3).

s/ Tonianne J. Bongiovanni
_____
Tonianne J. Bongiovanni, U.S.M.J.