Exhibit "A"

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (previously 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 2 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 3 | Millennium Funding, Inc. (previously Fallen Production, Inc.) | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 4 | Millennium Funding, Inc. (previously Automata Productions, Inc.) | *Automata* | PA0001923090, PAu003712705 |
| 5 | Voltage Holdings, LLC (previously Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 6 | Millennium Media, Inc. (previously Before I go Productions, Inc.) | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 7 | Millennium Funding, Inc. (previously UN4 Productions, Inc.) | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 8 | Millennium Funding, Inc. (previously Criminal Productions, Inc.) | *Criminal* | PA0001984029, PAu003772954 |
| 9 | Millennium Funding, Inc. (previously Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |
| 10 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 11 | Voltage Holdings, LLC (previously Wicked Nevada, LLC) | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 12 | Millennium Funding, Inc. (previously HB Productions, Inc.) | *Hellboy* | PA0002176664 |
| 13 | Millennium IP, Inc. | *Homefront* | PA0001877609 |

|    | | | |
|----|---|---|---|
|    | (previously Homefront Productions, Inc.) | | |
| 14 | Millennium Funding, Inc. (previously Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 15 | Voltage Holdings, LLC (previously TBV Productions, LLC) | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 16 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 17 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 18 | Millennium Funding, Inc. (previously ME2 Productions, Inc.) | *Mechanic: Resurrection* | PA0001998057 |
| 19 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 20 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 21 | Millennium Funding, Inc. (previously September Productions, Inc.) | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 22 | MON, LLC | *Singularity* | PAu003848900 |
| 23 | Voltage Holdings, LLC (previously Status Update, LLC) | *Status Update* | PAu003867210, PAu003850446 |
| 24 | Millennium Funding, Inc. (previously Survivor Productions, Inc.) | *Survivor* | PA0001956191, PAu003749574 |
| 25 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
| 26 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 27 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 28 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu004084868, PAu004005787 |
| 29 | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |
| 30 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 31 | Voltage Holdings, LLC (previously | *The Professor and the Madman* | PAu003920383, PAu003919285 |

|    | Definition Delaware LLC) |              |                                              |
|----|--------------------------|--------------|----------------------------------------------|
| 32 | MON, LLC                 | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |