**Exhibit "E"**

| No. | MOTION PICTURE | FILE COPIES WITH ALTERED CMI |
|---|---|---|
| 1 | *211* | 211.2018.HDRip.XviD.AC3-EVO<br>211 (2018) [WEBRip] [720p] [YTS.AM]<br>[ Torrent9.cz ] 211.2018.TRUEFRENCH.720p.BluRay.x264.AC3-PREUMS.mkv<br>211.2018.TRUEFRENCH.720p.BluRay.x264.AC3-PREUMS [ www.Torrent9.PH ] |
| 2 | *After We Collided* | After We Collided (2020) [720p] [BluRay] [YTS.MX]<br>www.Torrenting.org - After We Collided.2020.1080p.WEB-DL.H264.AC3-EVO<br>After We Collided.2020.1080p.WEB-DL.H264.AC3-EVO[TGx]<br>After We Collided (2020) [720p] [WEBRip] [YTS.MX]<br>After We Collided (2020) [1080p] [BluRay] [5.1] [YTS.MX]<br>After.We.Collided.2020.720p.BluRay.x264-PiGNUS[rarbg]<br>After We Collided (2020) [1080p] [WEBRip] [YTS.MX] |
| 3 | *Angel Has Fallen* | Angel.Has.Fallen.2019.BDRip.x264-AAA[rarbg]<br>Angel.Has.Fallen.2019.1080p.WEB-DL.x265.HEVCBay.com.mkv<br>[ OxTorrent.com ] Angel.Has.Fallen.2019.FRENCH.720p.WEB.H264-FRATERNiTY.mkv<br>Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]<br>Angel.Has.Fallen.2019.720p.BluRay.x264-AAA[rarbg]<br>Angel.Has.Fallen.2019.1080p.BluRay.H264.AAC-RARBG<br>Angel.Has.Fallen.2019.1080p.BluRay.x265-RARBG<br>Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]<br>Angel.Has.Fallen.2019_720p_BDRip_[scarabey.org].mkv<br>Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] |
| 4 | *Automata* | Automata.2014.1080p.BluRay.x265-RARBG<br>Automata.2013.1080p.BluRay.H264.AAC-RARBG |
| 5 | *Ava* | Ava.2020.720p.BluRay.H264.AAC-RARBG<br>Ava.2020.PROPER.720p.BluRay.x264-WoAT[rarbg]<br>Ava.2020.720p.WEB-DL.x265.HEVC-HDETG.com<br>Ava (2020) [1080p] [BluRay] [5.1] [YTS.MX]<br>Ava.2020.1080p.BluRay.x265-RARBG<br>Ava (2020) [720p] [WEBRip] [YTS.MX]<br>Ava (2020) [BluRay 720p X264 MKV][AC3 5.1 Latino][www.PCTRELOAD.Com]<br>Ava (2020) [2160p] [4K] [WEB] [5.1] [YTS.MX]<br>Ava (2020) [720p] [BluRay] [YTS.MX] |
| | | |

| | | |
|---|---|---|
| 6 | *Before I Go to Sleep* | Before.I.Go.To.Sleep.2014.1080p.BluRay.H264.AAC-RARBG<br>Before.I.Go.to.Sleep.2014.1080p.BluRay.x265-RARBG |
| 7 | *Boyka: Undisputed IV* | Boyka Undisputed IV (2016) [1080p] [YTS.AG]<br>Boyka.Undisputed.2016.1080p.BluRay.x265-RARBG |
| 8 | *Criminal* | Criminal.2016.1080p.BluRay.x265-RARBG<br>Criminal.2016.1080p.BluRay.H264.AAC-RARBG<br>Criminal (2016) [1080p] [YTS.AG]<br>Criminal.2016.720p.BluRay.H264.AAC-RARBG |
| 9 | *Day of the Dead: Bloodline* | Day Of The Dead Bloodline (2018) [YTS.AG]<br>Day Of The Dead Bloodline (2018) [1080p] [YTS.AG] |
| 10 | *Distorted* | |
| 11 | *Disturbing the Peace* | Disturbing The Peace (2020) [WEBRip] [720p] [YTS.LT]<br>Disturbing The Peace (2020) [WEBRip] [1080p] [YTS.LT]<br>Disturbing The Peace (2020) [1080p] [BluRay] [5.1] [YTS.MX]<br>Disturbing.the.Peace.2020.1080p.WEB-DL.DD5.1.H264-FGT |
| 12 | *Extremely Wicked, Shockingly Vile and Evil* | Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [720p] [YTS.AM]<br>Extremely Wicked, Shockingly Evil And Vile (2019) [BluRay] [1080p] [YTS.LT]<br>Extremely.Wicked.Shockingly.Evil.and.Vile.2019.720p.NF.WEB-DL.x264-MkvCage.ws.mkv<br>Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [1080p] [YTS.AM]<br>Extremely Wicked, Shockingly Evil And Vile (2019) [BluRay] [720p] [YTS.LT] |
| 13 | *Hellboy* | Hellboy.2019.1080p.BluRay.x265-RARBG<br>Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv<br>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]<br>Hellboy (2019) [BluRay] [1080p] [YTS.LT]<br>Hellboy.2019.1080p.WEBRip.x264-RARBG<br>Hellboy (2019) [BluRay] [720p] [YTS.LT]<br>[ACESSE COMANDOTORRENTS.COM] Hellboy 2019 [1080p] [BluRay] [DUAL]<br>Hellboy (2019) [WEBRip] [720p] [YTS.LT]<br>[ OxTorrent.com ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi |

| 14 | *Homefront* | [ Torrent9.cz ] Homefront.2013.VFF.DVDRiP.avi |
|---|---|---|
| 15 | *Hunter Killer* | [ACESSE COMANDOTORRENTS.COM] Furia em Alto Mar 2019 [BluRay] [720p] [DUAL]<br>Hunter.Killer.2018.720p.BluRay.H264.AAC-RARBG<br>Hunter.Killer.2018.1080p.BluRay.H264.AAC-RARBG<br>Hunter Killer (2018) [BluRay] [1080p] [YTS.AM]<br>[ www.Torrent9.uno ] Hunter Killer 2018 FRENCH 720p WEB H264<br>Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM]<br>Hunter.Killer.2018.1080p.BRRip.x264.MkvCage.ws.mkv<br>Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] |
| 16 | *I Feel Pretty* | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM]<br>I Feel Pretty (2018) [BluRay] [720p] [YTS.AM]<br>I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM]<br>I.Feel.Pretty.2018.720p.BluRay.x264-GECKOS[rarbg]<br>I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM]<br>I.Feel.Pretty.2018.1080p.BluRay.H264.AAC-RARBG |
| 17 | *Kill Chain* | Kill Chain (2020) [BluRay Rip][AC3 5.1 Castellano][www.PctMix.com]<br>Kill.Chain.2019.1080p.WEBRip.x264-RARBG<br>Kill Chain (2019) [BluRay] [720p] [YTS.LT]<br>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]<br>Kill Chain (2019) [BluRay] [1080p] [YTS.LT]<br>Kill Chain (2019) [WEBRip] [1080p] [YTS.LT] |
| 18 | *London Has Fallen* | London.Has.Fallen.2016.1080p.BluRay.H264.AAC-RARBG<br>London.Has.Fallen.2016.1080p.BluRay.x264-DRONES[rarbg]<br>London Has Fallen (2016) [1080p] [YTS.AG]<br>London Has Fallen (2016) [YTS.AG] |
| 19 | *Mechanic: Resurrection* | Mechanic Resurrection (2016) [1080p] [YTS.AG]<br>Mechanic.Resurrection.2016.1080p.BluRay.x265-RARBG<br>Mechanic Resurrection (2016) [YTS.AG]<br>Mechanic.Resurrection.2016.1080p.BluRay.H264.AAC-RARBG<br>Mechanic.Resurrection.2016.HDRip.1080p.DUAL-BLACKOUT-WWW.THEPIRATEBRAZIL.ORG |
| 20 | *Once Upon a Time in* | Once Upon A Time In Venice (2017) [YTS.AG] |

| | | |
|---|---|---|
| | *Venice* | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] |
| 21 | *Rambo V: Last Blood* | Rambo Last Blood [BluRay RIP][AC3 5.1 Castellano][www.pctnew.ORG][www.descargas2020.ORG]<br>Rambo.Last.Blood.2019.EXTENDED.1080p.BluRay.H264.AAC-RARBG<br>Rambo.Last.Blood.2019.720p.BluRay.x264-AAA[rarbg]<br>Rambo.Last.Blood.2019.1080p.HC.HDRip.x265.HEVCBay.com.mkv<br>Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT<br>Rambo.Last.Blood.2019.720p.BluRay.H264.AAC-RARBG<br>Rambo Last Blood (2019) [BluRay] [720p] [YTS.LT]<br>Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT]<br>[ OxTorrent.com ] Rambo.Last.Blood.2019.FRENCH.720p.BluRay.x264.AC3-EXTREME.mkv |
| 22 | *Septembers of Shiraz* | Septembers Of Shiraz (2015) [1080p] [YTS.AG] |
| 23 | *Singularity* | |
| 24 | *Status Update* | Status Update (2018) [BluRay] [1080p] [YTS.AM]<br>Status Update (2018) [WEBRip] [720p] [YTS.AM]<br>Status Update (2018) [WEBRip] [1080p] [YTS.AM] |
| 25 | *SKIN* | |
| 26 | *Survivor* | Survivor.2015.BDRip.1.42Gb.MegaPeer.avi |
| 27 | *Tesla* | Tesla.2020.1080p.WEBRip.x265-RARBG<br>Tesla (2020) [720p] [WEBRip] [YTS.MX]<br>Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX]<br>Tesla.2020.1080p.WEBRip.x264-RARBG<br>Tesla (2020) [720p] [BluRay] [YTS.MX]<br>Tesla (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 28 | *The 2nd* | The 2nd (2020) [1080p] [WEBRip] [5.1] [YTS.MX]<br>The 2nd (2020) [1080p] [BluRay] [5.1] [YTS.MX]<br>The 2nd (2020) [720p] [BluRay] [YTS.MX]<br>The.2nd.2020.1080p.BluRay.H264.AAC-RARBG |
| 29 | *The Hitman's Bodyguard* | The Hitman's Bodyguard (2017) [YTS.AG]<br>The.Hitmans.Bodyguard.2017.1080p.BluRay.x265-RARBG<br>The.Hitmans.BodyGuard.2017.1080p.BluRay.H264.AAC-RARBG |

|  |  |  |
|---|---|---|
|  |  | The Hitman's Bodyguard (2017) [1080p] [YTS.AG]<br>The.Hitmans.Bodyguard.2017.720p.HDRip.X264.AC3 (mkvtv.net).mkv<br>[ OxTorrent.pe ]<br>The.Hitmans.Bodyguard.2017.MULTi.1080p.BluRay.Light.x264.AC3.ACOOL.mkv<br>The.Hitman's.BodyGuard.2017.720p.BRRip.1GB.MkvCage.mkv |
| 30 | *The Hitman's Wife's Bodyguard* | The Hitmans Wife Bodyguard 2021 720p WEBRip x264  700MB - ShortRips.mkv<br>The.Hitmans.Wifes.Bodyguard.2021.1080P.Hdrip.2ch.x264- Tinymkv.xyz.mkv<br>The Hitmans Wifes Bodyguard (2021) [2160p] [4K] [BluRay] [5.1] [YTS.MX]<br>The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x265-RARBG<br>MkvHub.Com - The Hitmans Wifes Bodyguard 2021 720p WEB-DL x264 850MB.mkv<br>The Hitmans Wifes Bodyguard (2021) [720p] [BluRay] [YTS.MX]<br>The Hitmans Wifes Bodyguard (2021) [720p] [WEBRip] [YTS.MX]<br>The.Hitmans.Wifes.Bodyguard.2021.1080p.WEB.h264-RUMOUR[rarbg]<br>The Hitmans Wifes Bodyguard (2021) [1080p] [WEBRip] [5.1] [YTS.MX]<br>The.Hitmans.Wifes.Bodyguard.2021.[TopNow.se]<br>The Hitmans Wifes Bodyguard (2021) [1080p] [BluRay] [5.1] [YTS.MX] |
| 31 | *The Humbling* |  |
| 32 | *The Outpost* | The Outpost (2020) [2160p] [4K] [WEB] [5.1] [YTS.MX]<br>The Outpost (2020) [720p] [BluRay] [YTS.MX]<br>The.Outpost.2020.1080p.WEB.H264-HUZZAH[rarbg]<br>The Outpost (2020) [1080p] [BluRay] [5.1] [YTS.MX]<br>The.Outpost.2020.1080p.WEBRip.x265-RARBG<br>The.Outpost.2020.BDRip.x264-YOL0W[rarbg]<br>The Outpost (2020) [720p] [WEBRip] [YTS.MX]<br>The Outpost (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 33 | *The Professor and the Madman* | The.Professor.and.the.Madman.2019.1080p.WEBRip.x264-RARBG<br>The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT]<br>The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM]<br>The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT]<br>The Professor And The Madman (2019) [WEBRip] [720p] [YTS.AM] |
| 34 | *Welcome Home* | Welcome.Home.2018.1080p.BluRay.H264.AAC-RARBG<br>Welcome Home (2018) [BluRay] [720p] [YTS.AM]<br>Welcome Home (2018) [BluRay] [1080p] [YTS.AM] |