## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,<br><br>  Defendants. | No. 3:21-cv-15310-FLW-TJB |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC.

Dated: November 18, 2021                    Respectfully submitted,

                            By: *Edward F. Behm, Jr.*
                            Edward F. Behm, Jr.
                            ARMSTRONG TEASDALE LLP
                            Attorney I.D. No. 017972002
                            2005 Market Street
                            29th Floor, One Commerce Square
                            Philadelphia, PA 19103
                            (267) 780-2000
                            (215) 405-9070 (fax)
                            ebehm@atllp.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2021, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

                By:   *Edward F. Behm, Jr.*
                        Edward F. Behm, Jr.