**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | No. 3:21-cv-15310-FLW-TJB <br><br> **CONSENT ORDER EXTENDING TIME TO REPLY TO PLAINTIFFS' OPPOSITION** |

THIS MATTER having been opened to the Court on the application of Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC, ("**RCN**") for an order extending their time to reply to Plaintiffs' Opposition to RCN's Motion to Dismiss (ECF No. 30) through and including January 18, 2022; and no previous extensions of time having been granted or

obtained; and counsel for Plaintiffs having consented to this extension of time; and good cause appearing,

IT IS on this 5th day of January, 2022,

ORDERED that the time within which RCN may reply to Plaintiffs' Opposition to RCN's Motion to Dismiss is hereby extended through and including January 18, 2022.

__/s/ Freda L. Wolfson_____
HON. FREDA L. WOLFSON, CHIEF JUDGE

The undersigned hereby consent to the entry of the foregoing order:

| **MCGEARY CUKOR LLC** | **ARMSTRONG TEASDALE LLP** |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendants |
| /Michael Cukor/ | /Edward F. Behm, Jr./ |
| By: Michael Cukor | By: Edward F. Behm, Jr. |
| mcukor@mcgeacycukor.com | ebehm@atllp.com |