# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-GC-TJB |

## MOTION TO WITHDRAW AS COUNSEL

Joseph J. Gribbin, attorney for Defendants and entered *pro hac vice*, hereby moves to withdraw as counsel. The reason for the withdrawal is that he is leaving the law firm of Armstrong Teasdale LLP and will no longer be involved in this matter. Remaining counsel from Armstrong Teasdale will continue to represent Defendants.

Date: September 30, 2022

Respectfully submitted,

ARMSTRONG TEASDALE LLP

*/s/ Edward F. Behm. Jr.*
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor,
One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
(215) 405-9070 (fax)
ebehm@atllp.com

Joseph J. Gribbin
ARMSTRONG TEASDALE LLP

        1007 North Market Street, 3rd Floor,
        Wilmington, DE 19801
        (302) 416-9688
        jgribbin@atllp.com
        *Admitted Pro Hac Vice*

        *Attorneys for Defendant RCN TELECOM SERVICES OFMASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2022, counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Edward F. Behm. Jr.*
Edward F. Behm, Jr.
