IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,<br><br>    Defendants. | Civil Action No. 3:21-cv-15310-GC-TJB |

## MOTION TO WITHDRAW AS COUNSEL

Joseph J. Gribbin, attorney for Defendants and entered *pro hac vice*, hereby moves to withdraw as counsel. The reason for the withdrawal is that he is leaving the law firm of Armstrong Teasdale LLP and will no longer be involved in this matter. Remaining counsel from Armstrong Teasdale will continue to represent Defendants.

Date: September 30, 2022

The request is granted. Joseph J. Gribbin's *pro hac vice* appearance in this case is withdrawn.

IT IS on this 30th day of September, 2022
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni

[Dock Entry No. 34 is terminated].

Respectfully submitted,

ARMSTRONG TEASDALE LLP

*/s/ Edward F. Behm. Jr.*
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor,
One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
(215) 405-9070 (fax)
ebehm@atllp.com

Joseph J. Gribbin
ARMSTRONG TEASDALE LLP

        1007 North Market Street, 3rd Floor,
Wilmington, DE 19801
(302) 416-9688
jgribbin@atllp.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant RCN TELECOM SERVICES OFMASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC*