# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-FLW-TJB <br><br><br> **PLAINTIFF KILLING DISTRIBUTION LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## PLAINTIFF KILLING LINK DISTRIBUTION LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff KILLING LINK DISTRIBUTION, LLC ("Plaintiff") hereby provides notice of its voluntary dismissal under Fed. R. Civ. P. 41(A) of Defendants RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC ("Defendants") <u>without prejudice</u>. This dismissal is pursuant to Rule 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendants.

DATED: October 12, 2022.


By: /s/Michael Cukor
MCGEARY CUKOR LLC

20-0231A

7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
mcukor@mcgearycukor.com

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
Attorney for Plaintiffs

20-0231A

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served upon all counsel of record.

DATED: October 12, 2022.

By: /s/Michael Cukor
**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
mcukor@mcgearycukor.com