# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-FLW-TJB <br><br><br> **PLAINTIFF KILLING DISTRIBUTION LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## PLAINTIFF KILLING LINK DISTRIBUTION LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff KILLING LINK DISTRIBUTION, LLC ("Plaintiff") hereby provides notice of its voluntary dismissal under Fed. R. Civ. P. 41(A) of Defendants RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC ("Defendants") without prejudice. This dismissal is pursuant to Rule 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendants.

DATED: October 12, 2022.

By: /s/Michael Cukor
MCGEARY CUKOR LLC

It is so ordered this 14th day of October, 2022

Georgette Castner, U.S.D.J.

20-0231A