# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-FLW-TJB <br><br><br> **PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

## PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC and Defendants RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC (collectively, "Parties") jointly motion the Court for entry of the attached proposed stipulated protective order pursuant to Local Civ. Rule 5.3(b).

20-023T

Dated: Jan. 17, 2023

| | |
|---|---|
| By:   /s/Michael Cukor<br>**MCGEARY CUKOR LLC**<br>7 Dumont Place<br>Morristown, NJ 07960<br>(973) 339-7367<br>mcukor@mcgearycukor.com<br><br>Kerry S. Culpepper<br>Culpepper IP, LLLC<br>75-170 Hualalai Road, Suite B204,<br>Kailua Kona, HI 96740<br>Tel: (808)-464-4047<br>Fax: (202)-204-5181<br>*\*Admitted Pro Hac Vice*<br>*Attorneys for Plaintiffs* | By: /s/ Edward F. Behm, Jr.<br>Edward F. Behm, Jr.<br>ARMSTRONG TEASDALE LLP<br>Attorney I.D. No. 017972002<br>2005 Market Street<br>29th Floor, One Commerce Square<br>Philadelphia, PA 19103<br>(267) 780-2000<br>(215) 405-9070 (fax)<br>ebehm@atllp.com<br><br>Richard L. Brophy\*<br>Zachary C. Howenstine\*<br>Margaret R. Szewczyk\*<br>Angela B. Kennedy\*<br>Sydney K. Johnson\*<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br>(314) 621-5070<br>rbrophy@atllp.com<br>zhowenstine@atllp.com<br>mszewczyk@atllp.com<br>skjohnson@atllp.com<br>*\*Admitted Pro Hac Vice*<br>*Attorneys for Defendants* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served upon all counsel of record.

DATED: Jan. 17, 2023.

By: /s/Michael Cukor
**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367
mcukor@mcgearycukor.com