# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,<br><br>　　　　Defendants. | No. 3:21-cv-15310-GC-TJB<br><br><br>**CONSENT MOTION FOR *PRO HAC VICE* ADMISSION OF KYLE G. GOTTUSO FOR DEFENDANTS** |

Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC (collectively, "RCN Defendants"), through their undersigned counsel of record, move this Court, pursuant to Local Rule 101.1(c) for the *pro hac vice* admission of Kyle G. Gottuso as counsel for RCN Defendants.

In support thereof, the above-referenced the RCN Defendants rely on the attached Declaration of Kyle G. Gottuso.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward F. Behm, Jr.*
　　　　　　　　　　　　　　　　　　　　Edward F. Behm, Jr.
　　　　　　　　　　　　　　　　　　　　ARMSTRONG TEASDALE LLP
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 017972002
　　　　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　　　　29th Floor, One Commerce Square
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Telephone: 267.780.2000
　　　　　　　　　　　　　　　　　　　　Fax: 215.405.907

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the below date, I caused a true and correct copy of the foregoing Motion for Admission *pro hac vice* of Kyle G. Gottuso, Certification of Edward F. Behm, Jr., In Support of the Motion for Admission *pro hac vice* of Kyle G. Gottuso, and Declaration of Kyle G. Gottuso in Support of the Motion for Admission *pro hac vice* to be filed via the ECF system and served on all counsel of record.

*/s/ Edward F. Behm, Jr.*___
Edward F. Behm, Jr.

Dated:   February 6, 2023