✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  | District of | New Jersey |

| Bodyguard Productions, Inc Et Al | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Rcn Telecom Services, Llc Et Al | CASE NUMBER: 3:21-cv-15310-FLW-TJB |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, AFTER II MOVIE, LLC, MON, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC substitutes
(Party (s) Name)

Eliezer Lekht , State Bar No. 33019-2021 as counsel of record in
(Name of New Attorney)

place of Michael Cukor .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        SRip Law
   Address:          175 Pearl St., 3rd Floor, Brooklyn, NY 11201
   Telephone:        (561) 404-4350                    Facsimile
   E-Mail (Optional): eliezer.lekht@sriplaw.com

I consent to the above substitution.

Date: 2/10/2023

Sean Walsh     Digitally signed by Sean Walsh
               Date: 2023.02.10 12:08:34 -08'00'

(Signature of Party (s))

I consent to being substituted.

Date: 2/11/23

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/13/2023

*Eli Lekht*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                         _____
                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print     Reset