AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Jersey

| | |
|---|---|
| Bodyguard Productions, Inc Et Al<br>Plaintiff (s),<br>V.<br>Rcn Telecom Services, Llc Et Al<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:21-cv-15310-FLW-TJB |

Notice is hereby given that, subject to approval by the court, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC. and RAMBO V PRODUCTIONS, INC. substitutes
(Party (s) Name)

Eliezer Lekht , State Bar No. 33019-2021 as counsel of record in
(Name of New Attorney)

place of Michael Cukor .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: SRip Law
Address: 175 Pearl St., 3rd Floor, Brooklyn, NY 11201
Telephone: (561) 404-4350          Facsimile
E-Mail (Optional): eliezer.lekht@sriplaw.com

I consent to the above substitution.
Date: 2/8/2023
(Signature of Party (s))

I consent to being substituted.
Date: 2/11/23
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/13/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print     Save As...     Export as FDF     Retrieve FDF File     Reset