UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC. et al<br><br>Plaintiff(s).<br><br>v.<br><br>RCN TELECOM SERVICES, LLC et al<br><br>Defendant(s) | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION<br><br>Civil Action No. 3:21-cv-15310-GC-TJB |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Kyle G. Gottuso

Address: 7700 Forsyth Blvd.

Suite 1800

St. Louis, Missouri 63105

E-mail: KGottuso@atllp.com
(One email address only)