UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO.: 3:21-cv-15310-FLW-TJB

AFTER II MOVIE, LLC, ET AL.,
BODYGUARD PRODUCTIONS, INC.,
MON, LLC, VENICE PI, LLC, VOLTAGE
HOLDINGS, LLC, WONDER ONE, LLC,
HITMAN TWO PRODUCTIONS, INC., LHF
PRODUCTIONS, INC., MILLENNIUM
FUNDING, INC., MILLENNIUM IP, INC.,
MILLENNIUM MEDIA, INC., NIKOLA
PRODUCTIONS, INC., OUTPOST
PRODUCTIONS, INC., and RAMBO V
PRODUCTIONS, INC.,

        Plaintiffs,

v.

RCN TELECOM SERVICES, LLC and RCN
TELECOM SERVICES OF
MASSACHUSETTS, LLC,

        Defendants.

## NOTICE OF FILING

    Plaintiffs, by and through their undersigned counsel, hereby file the attached proposed Order relating to the Motion to Amend filed on Friday, June 2, 2023 at ECF 55.

Dated: June 5, 2023

                              */s/ Eliezer Lekht*
                              ELIEZER LEKHT
                              New Jersey Bar Number: 330192021
                              eliezer.lekht@sriplaw.com

                              **SRIPLAW, P.A.**
                              175 Pearl Street
                              Third Floor
                              Brooklyn, NY 11201

332.600.5599 – Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiffs*