# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., *Plaintiffs*, v. RCN TELECOM SERVICES, LLC, et al., *Defendants*. | Case No. 3:21-cv-15310-RK-TJB<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THE SECOND AMENDNED AND SUPPLEMENTAL COMPLAINT |

**THIS MATTER** comes before the Court on Plaintiffs' Motion [Doc. #55] for leave to file a proposed Second Amended and Supplemental Complaint.

Based upon the grounds set forth in Plaintiffs' Motion, the motion is **GRANTED**.

Plaintiffs shall file the Second Amended and Supplemental Complaint within 14 days.

**IT IS SO ORDERED**