

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

## CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HAWAII 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
―――――――
PATENTS, TRADEMARKS & COPYRIGHTS

Via ECF

June 26, 2023

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 E. State Street, Room 2020
Trenton, New Jersey 08608

Re: *BODYGUARD PRODUCTIONS, INC., ET AL., v. RCN TELECOM SERVICES OF MASSACHUSETTS, LLC*, 3:21-cv-15310-FLW-TJB

Dear Judge Bongiovanni,

    On May 18, 2023, the Court ordered the Parties to submit a status update on the progress of discovery by June 28, 2023. The Parties request a 30 day extension to Friday July 28, 2023 to provide the status update.

    On May 24, 2023, Defendant served a substantial production of documents on May 24, 2023. Plaintiffs' counsel is still reviewing the production. Further, the Parties would like to meet and confer to attempt to resolve any disputes before submitting disputes to the Court. Accordingly, the Parties respectfully submit that there is good cause for a 30 day extension to Friday July 28, 2023 to provide the status update.

Sincerely,
/s/ Eliezer Lekht
Eliezer Lekht, Attorney for Plaintiff
eliezer.lekht@sriplaw.com
/ksc/
Kerry S. Culpepper, Attorney for Plaintiff, admitted *pro hac vice*
kculpepper@culpepperip.com