UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BODYGUARD PRODUCTIONS, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **RCN TELECOM SERVICES, LLC**, et al., <br><br> Defendants. | Civil Action No. 21-15310 (RK) <br><br><br> ORDER |

This matter having been brought before the Court upon Plaintiffs Bodyguard Productions, Inc., Hitman Two Productions, Inc., LHF Productions, Inc., Millennium Funding, Inc., Millennium IP, Inc., Millennium Media, Inc., Mon, LLC, Nikola Productions, Inc., Outpost Productions, Inc., Rambo V. Productions, Inc., Venice PI, LLC, Voltage Holdings, LLC, Wonder One, LLC, and, After II Movie, LLC's ("Plaintiffs") motion for leave to file a Second Amended and Supplemental Complaint (Docket Entry No. 55); and Defendants RCN Telecom Services, LLC, and RCN Telecom Services of Massachusetts, LLC (collectively "RCN") having opposed Plaintiffs' motion (Docket Entry No. 58); and the Court having fully reviewed and considered all arguments raised in support of and opposition to Plaintiffs' motion; and the Court having considered Plaintiffs' motion without argument pursuant to L.Civ. R 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 6th day of December, 2023,

ORDERED that Plaintiffs' motion seeking leave to file a Second Amended and Supplemental Complaint is GRANTED in part and DENIED in part; and it is further

ORDERED that Plaintiffs file their Second Amended and Supplemental Complaint in accordance with the Court's Memorandum Opinion no later than **December 22, 2023**; and it is further

ORDERED that the Clerk of the Court terminate Docket Entry No. 55.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**