```
Rambo: Last Blood (2019), hash E14966740CF1587CC3910280BC44984D5D9D4D71, 720p,
909.41 MB


0. ----------------------------
```





```
77. ------------------------------

email: j65689596@gmail.com
last used ip: 207.237.11.70
date downloaded: 2019-11-30 01:15:03
IP Address city: Elmhurst, state: New York, zip code: 11373
```



## CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1. I am the sole shareholder, sole director and custodian of the records for Techmodo Limited. Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2. Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3. Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.

DATED: London, England, September 1, 2020.

_____
Senthil Segaran

Certificate of Authenticity - Segaran