UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,<br><br>    Defendants. | No.  3:21-cv-15310-RK-TJB |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendants certifies that:

- RCN Telecom Services of Massachusetts, LLC is a non-governmental limited liability company; its parent company is RCN Telecom Services, LLC; and no publicly held corporation owns 10% or more of its stock.

- RCN Telecom Services, LLC is a non-governmental limited liability company; its parent company is Yankee Cable Acquisition, LLC; and no publicly held corporation owns 10% or more of its stock.

1

Dated:  January 3, 2024						Respectfully submitted,

By:_____
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
(215) 405-9070 (fax)
ebehm@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Kyle G. Gottuso*
Angela B. Kennedy*
Margaret R. Szewczyk*
Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
kgottuso@atllp.com
akennedy@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com
*Admitted Pro Hac Vice

**Attorneys for Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2024, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: _____
Edward F. Behm, Jr.