Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.9070

*Attorneys for Defendants*

Richard L. Brophy (*pro hac vice*)
Zachary C. Howenstine (*pro hac vice*)
Margaret R. Szewczyk (*pro hac vice*)
Angela B. Kennedy (*pro hac vice*)
Kyle G. Gottuso (*pro hac vice*)
Sydney K. Johnson (*pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-RK-TJB <br><br> **NOTICE OF DEFENDANTS' MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)** <br><br> **Return Date: February 20, 2024** <br> **Oral Argument Requested** |

TO: ALL COUNSEL IN THE CAPTIONED MATTER:

**PLEASE TAKE NOTICE** that on February 20, 2024, or as soon thereafter

as counsel may be heard, the undersigned attorneys for Defendants RCN Telecom

Services of Massachusetts, LLC and RCN Telecom Services, LLC (collectively,

"RCN" or "Defendants") will move this Court at the United States District Court

for the District of New Jersey, 402 E State St Office Room 2020, Trenton, NJ

08608, for entry of an Order granting Defendants' Motion to Strike Plaintiffs'

Second Amended Complaint pursuant to Fed. R. Civ. P. 12(f) and directing

Plaintiffs to refile their Second Amended Complaint consistent with the Court's

December 6, 2023 Memorandum Opinion and Order.

**PLEASE TAKE FURTHER NOTICE** that, for purposes of this Motion,

Defendants will rely upon the accompanying brief filed and served herewith; and

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral

arguments regarding the Motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is annexed

hereto pursuant to L. Civ. R. 7.1(e).

Dated:  January 18, 2024

Respectfully submitted,

By: _Edward F. Behm, Jr._
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
(215) 405-9070 (fax)
ebehm@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Kyle G. Gottuso*
Angela B. Kennedy*
Margaret R. Szewczyk*
Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
kgottuso@atllp.com
akennedy@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com
*Admitted Pro Hac Vice

**Attorneys for Defendants RCN Telecom Services of Massachusetts, LLC and RCN Telecom Services, LLC**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2024, I caused a copy of the

foregoing to be served upon all counsel of record via ECF notification.


By: */s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr.

4