

**Jakob B. Halpern**
**(973) 622-8394**
jhalpern@saiber.com

January 18, 2024

**BY ECF & FEDERAL EXPRESS**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
**Clarkson S. Fisher Building & U.S. Courthouse**
402 East State Street, Room 4E
Trenton, NJ 08608

    Re:    *Bodyguard Productions Inc., et al. v. RCN Telecom Services, LLC, et al.*
                 Civil Action No. 3:21-15310 (RK) (TJB)

              *Screen Media Ventures LLC v. RCN Telecom Services, LLC, et al.*
              Civil Action No. 3:23-23356 (MAS) (TJB)

Dear Judge Kirsch:

    Our firm, along with our co-counsel Foley & Lardner LLP and Culpepper IP LLLC, represents Plaintiff Screen Media Ventures LLC, and Foley & Lardner LLP and Culpepper IP LLLC represent all remaining Plaintiffs. We enclose for Your Honor's consideration courtesy copies of the following documents, which have been electronically filed with the Clerk of the Court in connection with Plaintiffs' Motion to Consolidate *Screen Media Ventures LLC v. RCN Telecom Services, LLC, et al.,* Civil Action No. 3:23-23356 (MAS) (TJB), with *Bodyguard Productions Inc., et al. v. RCN Telecom Services, LLC, et al.,* Civil Action No. 3:21-15310 (RK) (TJB), for all purposes including trial:[1]

        1.    Notice of Motion to Consolidate;

        2.    Brief in support of Motion to Consolidate;

        3.    Proposed form of Order; and

---

[1] Plaintiffs have also filed a letter addressed to Chief Judge Bumb requesting consolidation and/or reassignment of the *Screen Media Ventures* matter, *see* L.Civ.R. 40.1, but have filed the within motion to consolidate in order to preserve their rights if Chief Judge Bumb would prefer the issues to be heard by Your Honor first.

**Saiber LLC** • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park   •   Newark   •   New York   •   Philadelphia

Hon. Robert Kirsch, U.S.D.J.
January 18, 2024
Page 2

        4.     Certificate of Service.

We thank the Court for its consideration in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

        Respectfully submitted,

        /s Jakob B. Halpern

        Jakob B. Halpern

/jbh

cc:    Hon. Michael A. Shipp, U.S.D.J. (by ECF)
       Counsel of Record (by ECF & email)