**Exhibit "C"**

**From:** notice@dmcagateway.com
**Sent:** Thursday, July 1, 2021 11:18 PM HST
**To:** abuse@rcn.com
**BCC:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 45737284248]

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 45737284248
Notice Date: 2021-07-02 09:18:49

Dear Sir or Madam:

This message is sent on behalf of Til Productions, Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Til Productions, Inc owns the copyrights to the movie Till Death. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Till Death
Infringing FileName: Till.Death.2021.1080p.WEBRip-C1NEM4[TGx]
Infringing FileSize: 1531222401
Infringer's IP Address: 130.44.131.101
Infringer's Port: 58690
Initial Infringement Timestamp: 2021-07-01 17:21:49

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Til Productions, Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Til Productions, Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Til Productions, Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Thomas Nowak

PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>45737284248</ID>
</Case>
<Complainant>
<Entity>Til Productions, Inc</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>RCN</Entity>
<Address>650 College Rd. East, Princeton, NJ 08540, US</Address>
<Phone>+1-888-972-6622 </Phone>
<Email>abuse@rcn.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2021-07-01T17:21:49Z</TimeStamp>
<IP_Address>130.44.131.101</IP_Address>
<Port>58690</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Till Death</Title>
<FileName>Till.Death.2021.1080p.WEBRip-C1NEM4[TGx]</FileName>
<FileSize>1531222401</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">206AD3C343BFCE191822691F8E9B9859E9E36092</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

iQHfBAEBCABJBQJg3tn6QhxDYXRoZXJpbmUgSHlkZSAoUHJvY2VzcyBNYW5hZ2Vt
ZW50IEx0ZC4pIDxub3RpY2VAZG1jYWdhdGV3YXkuY29tPgAKCRDpp6ZFUXCcWQy0
C/9OXVZ1ph0L8f2hraJsPr89Mmwkk4N/w/qCfjTDFX1CShn7cA5fvo5Wsx9mpUu5
IkfulVbmo9i8ym9v8f8VnjwL9pvKq3/vFQOp+6D/BdsibeQP/b4ZHeq+3HkvU9ZC
XqukM23eLG1ksKYnP2IVrpSNHJoTyryrlAYH5vBDU6etA2KipgX/le7Tb9QCF5xp
9OWR81uGLOX1A4TPqH2KKUh4fMZMTte8wryDe89e4rKIRKjsNJ8+TL8DbwW1Snuc
6AQ/agIvlyBC457kps1f9o/c/DZoEeH1ud92iGv4BtndoGyNvd4Y9pBrSydKK5Rk
ubI0GSzyesrH1RnPX73aZ5pqgy1tmrBX5qIubxdoiu+k7Or/y8RwOrwc7oYXs+UV
LvrPwnvzTvryp3mKxWBotADi/Y1atamYgDW6PsNq6jxR1HR71h9hBB33qaPvIEif
CxpEAsda9ClP4TI9wSOWoHzou+FM9gaPzUPDojGwMKTLpOr4eChyOZMthhozf2wH

6b8=
=w3BF
-----END PGP SIGNATURE-----